## CERTIFICATE OF SERVICE

On May 10, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR(S)
Michael J. Wiss                mjwiss@hotmail.com

TRUSTEE
Carey D. Ebert                ECFch13plano@ch13plano.com

US TRUSTEE
US Trustee                USTPRegion06.TY.ECF@USDOJ.GOV

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On May 10, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor(s)<br>Lisa M. Cordova<br>5213 Dolph Briscoe<br>Forney, Tx 75126<br><br>Anthony D. Cordova<br>5213 Dolph Briscoe<br>Forney, Tx 75126 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

**Fill in this information to identify the case:**

Debtor 1       Lisa M. Cordova _____

Debtor 2       Anthony D. Cordova _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Texas

Case number   19-43256 _____

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BSI Financial Services _____

**Court claim no.** (if known): 16 _____

**Last 4 digits** of any number you use to identify the debtor's account:   5   0   4   4

**Date of payment change:**
Must be at least 21 days after date of this notice    06/01/2021 _____

**New total payment:**
Principal, interest, and escrow, if any    $ _____ 2,193.20

---

| Part 1: | Escrow Account Payment Adjustment |
|---------|-----------------------------------|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Change in escrow. _____
   _____

   Current escrow payment:  $ _____ 578.46        New escrow payment:   $ _____ 1,085.47

---

| Part 2: | Mortgage Payment Adjustment |
|---------|-----------------------------|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

---

| Part 3: | Other Payment Change |
|---------|----------------------|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

---

Debtor 1 __Lisa M. Cordova_____   Case number (*if known*) __19-43256_____
    First Name      Middle Name      Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘/s/ Chase Berger_____   Date __05/10/2021_____
    Signature

Print:   Chase Berger_____   Title __Authorized Agent for Secured Creditor__
       First Name      Middle Name      Last Name

Company   Ghidotti Berger, LLP_____

Address   9720 Coit Road Suite 220-228_____
       Number      Street

       Plano_____   TX   75025____
       City       State    ZIP Code

Contact phone   (305) 501-2808_____   Email bknotifications@ghidottiberger.com



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
ANTHONY D CORDOVA                          YOUR LOAN NUMBER: ████████
LISA M CORDOVA
5213 DOLPH BRISCOE DR
FORNEY               TX 75126
                                           DATE: 05/05/21
```

```
       *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION  ***


PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   06/21 THROUGH   05/22.
------- ANTICIPATED PAYMENTS FROM ESCROW -    06/21 THROUGH    05/22 -------
                HOMEOWNERS INS            1394.00
                FHA MIP -RBP              1839.36
                COUNTY TAX                4329.85
                UTILITY                   2447.31

                TOTAL PAYMENTS FROM ESCROW    10010.52

                MONTHLY PAYMENT TO ESCROW        834.21 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -   06/21 THROUGH    05/22--------
        -ANTICIPATED PAYMENTS-                -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW   DESCRIPTION    ANTICIPATED        REQUIRED
                  ACTUAL STARTING BALANCE        -2625.59         3404.65
JUN 21   834.21     153.28    FHA MIP -RBP       -1944.66         4085.58
JUL 21   834.21     153.28    FHA MIP -RBP       -1263.73         4766.51
AUG 21   834.21     153.28    FHA MIP -RBP        -582.80         5447.44
SEP 21   834.21     153.28    FHA MIP -RBP          98.13         6128.37
OCT 21   834.21     153.28    FHA MIP -RBP         779.06         6809.30
NOV 21   834.21     153.28    FHA MIP -RBP        1459.99         7490.23
DEC 21   834.21     153.28    FHA MIP -RBP        2140.92         8171.16
JAN 22   834.21     153.28    FHA MIP -RBP
                   4329.85    COUNTY TAX
                   2447.31    UTILITY            -3955.31         2074.93
FEB 22   834.21    1394.00    HOMEOWNERS INS
                    153.28    FHA MIP -RBP ALP   -4668.38  RLP    1361.86
MAR 22   834.21     153.28    FHA MIP -RBP       -3987.45         2042.79
APR 22   834.21     153.28    FHA MIP -RBP       -3306.52         2723.72
MAY 22   834.21     153.28    FHA MIP -RBP       -2625.59         3404.65
```

███████████████

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS      -6030.24.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         0.00.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                       1107.73
            ESCROW (1/12TH OF ANNUAL ANTICIPATED        834.21
               DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS             0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG      0.00
            PLUS: SHORTAGE PAYMENT                      251.26
            MINUS: SURPLUS CREDIT                         0.00
            ROUNDING ADJUSTMENT                           0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS            0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/21      2193.20
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     1361.86.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      1361.86.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
02/20        578.46        03/20        578.46        04/20        8098.44    *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                        00/00        0.00
00/00        0.00                        00/00        0.00
00/00        0.00                        00/00        0.00

"COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE
DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE
LENDING, 2601 NORTH LAMAR SUITE# 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER
HOTLINE IS AVAILABLE AT 1-877-276-5550.

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS #38078. Customer Care Hours Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a
discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that
obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand
for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such
bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.